REALTY CO. v. HIGHWAY COMMISSION.

Case below: 1 N.C. App. 82.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 14 June 1968.

STATE v. WILLIAMS.

Case below: 1 N.C. App. 127.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 14 June 1968. Case is set for argument first week of Fall Term 1968.

HEWETT v. GARRETT.

Case below: 1 N.C. App. 234.

Petition of Mrs. Willa Branch Hewett for writ of *certiorari* to North Carolina Court of Appeals allowed 14 June 1968. Case is set for argument first week of Fall Term 1968.